## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                              Case No. 16 B 40489

      Edmund J Hill


      Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

     Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)  The case was filed on 12/28/2016.

    2)  The plan was confirmed on  NA .

    3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

    4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

    5)  The case was Dismissed on 06/01/2017.

    6)  Number of months from filing to last payment: 5.

    7)  Number of months case was pending: 9.

    8)  Total value of assets abandoned by court order:  NA .

    9)  Total value of assets exempted:  NA .

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,769.00 |
| Less amount refunded to debtor | $2,760.31 |

**NET RECEIPTS:** $6,008.69

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $412.14 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,212.14

Attorney fees paid and disclosed by debtor: $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American General Financial/Springleaf Fi | Unsecured | 6,798.00 | NA | NA | 0.00 | 0.00 |
| American Web Loan | Unsecured | 978.92 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 9,872.00 | 10,850.48 | 10,850.48 | 0.00 | 0.00 |
| Applied Data Finance | Unsecured | 1,061.36 | NA | NA | 0.00 | 0.00 |
| Big Picture Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 6,424.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,519.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 938.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| Cardworks/CW Nexus | Unsecured | 1,411.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 622.96 | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 1,721.00 | NA | NA | 0.00 | 0.00 |
| Citibank North America | Unsecured | 1,990.00 | NA | NA | 0.00 | 0.00 |
| Continental Finance Co | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| Credit First/CFNA | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank Na | Unsecured | 2,328.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank Na | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services | Unsecured | 1,480.00 | NA | NA | 0.00 | 0.00 |
| DiFranco Pereodontics | Unsecured | 943.00 | NA | NA | 0.00 | 0.00 |
| Elastic Line of Credit | Unsecured | 2,378.41 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 1,871.00 | NA | NA | 0.00 | 0.00 |
| First National Credit Card/Legacy | Unsecured | 1,202.00 | NA | NA | 0.00 | 0.00 |
| First Savings Credit Card | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| First Svgs Bk-blaze | Unsecured | 768.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 1,285.00 | NA | NA | 0.00 | 0.00 |
| Fst Premier | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| Genesis Bc/celtic Bank | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Cr Un | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| ICS/Illinois Collection Service | Unsecured | 1,576.00 | NA | NA | 0.00 | 0.00 |
| ICS/Illinois Collection Service | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ICS/Illinois Collection Service | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| ICS/Illinois Collection Service | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 15,917.19 | 15,917.19 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 14,883.90 | 6.38 | 6.38 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,500.00 | 2,813.76 | 2,813.76 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 8,676.81 | 49,042.16 | 49,042.16 | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 44,290.46 | 4,399.90 | 4,399.90 | 0.00 | 0.00 |
| Mabt/Contfin | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 720.49 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 42.17 | NA | NA | 0.00 | 0.00 |
| Mid Am B&T Credit Card | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| Oac | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Quick Click Loans LLC | Unsecured | 570.72 | NA | NA | 0.00 | 0.00 |
| Rise Credit | Unsecured | 3,416.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 19,391.00 | 21,181.06 | 21,181.06 | 1,796.55 | 0.00 |
| Sterling Jewelers Inc DBA Kay Jeweler's | Secured | 531.00 | 407.65 | 407.65 | 0.00 | 0.00 |
| Stoneberry | Unsecured | 388.93 | NA | NA | 0.00 | 0.00 |
| Timothy C. Thometz, DDS | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Us Dept of Ed/ | Unsecured | 77,155.24 | NA | NA | 0.00 | 0.00 |
| Weiss Memorial Hospital | Unsecured | 156.59 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $32,031.54 | $1,796.55 | $0.00 |
| All Other Secured | $4,807.55 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$36,839.09** | **$1,796.55** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,820.14 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$2,820.14** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$64,959.35** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,212.14 |
| Disbursements to Creditors | $1,796.55 |
| **TOTAL DISBURSEMENTS** : | **$6,008.69** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/25/2017              By: /s/ Marilyn O. Marshall
                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**